# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157532(99)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

DEMI LASHELL HENRY,
       Defendant-Appellee.

SC: 157532
COA: 334881
Wayne CC: 15-005678-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 25, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2018



Clerk